# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| IN RE: **EMELIDA CORDOVA**, DEBTORS. | CASE NO. 19-BK-6255 EASTERN DIVISION CHAPTER 13 |
| **EMELIDA CORDOVA**, *ET AL.*, PLAINTIFFS, V. **CITY OF CHICAGO**, AN ILLINOIS MUNICIPAL CORPORATION DEFENDANT. | HON. TIMOTHY A. BARNES ADV. PRO. NO. 19-AP-684 HEARING DATE: MAY 23, 2019 HEARING TIME: 9:30 A.M. |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that on May 23, 2019 at 9:30 a.m. the undersigned shall appear before the Honorable Timothy A. Barnes or any other judge sitting in his stead, in Courtroom 744, at 219 S. Dearborn St., Chicago, Illinois, and then and there present the City of Chicago's *Motion to Exceed Page Limit* a copy of which is attached hereto and served upon you.

1

|  |  |
|---|---|
| DATED: MAY 16, 2019 | RESPECTFULLY SUBMITTED, |

                                                      **THE CITY OF CHICAGO**

                                                     Edward Siskel
                                                     Corporation Counsel

                                                     By: /s/ David Paul Holtkamp
                                                     A.C.C. Supervisor

**Edward N. Siskel**
Corporation Counsel

David Paul Holtkamp (6298815)
Assistant Corporation Counsel Supervisor
**CITY OF CHICAGO,**
**DEPARTMENT OF LAW**
Bankruptcy Unit
121 N LaSalle St., Ste. 400
Chicago, IL 60602
Tel:   (312) 744-6967
Email:  David.Holtkamp2@cityofchicago.org

## CERTIFICATE OF SERVICE

I, David Paul Holtkamp, an attorney, hereby certify that on May 16, 2019, I caused a copy of the attached Motion and Notice of Motion to be served via the court's electronic noticing system for Registrants on those designated to receive such service as provided on the attached Service List.

/s/ David Paul Holtkamp

## SERVICE LIST

**Registrants**
(Via CM/ECF)

- **Ross H Briggs**   r-briggs@sbcglobal.net, hrr73813@notify.bestcase.com

# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| IN RE:<br><br>**EMELIDA CORDOVA**,<br><br>DEBTORS. | CASE NO. 19-BK-6255<br>EASTERN DIVISION<br>CHAPTER 13 |
| **EMELIDA CORDOVA**, *ET AL.*,<br><br>PLAINTIFFS,<br><br>V.<br><br>**CITY OF CHICAGO**, AN ILLINOIS MUNICIPAL CORPORATION<br><br>DEFENDANT. | HON. TIMOTHY A. BARNES<br><br><br>ADV. PRO. NO. 19-AP-684<br><br><br>HEARING DATE: MAY 23, 2019<br>HEARING TIME: 9:30 A.M. |

## MOTION TO EXCEED PAGE LIMIT

This Court's local rules provide that any filing with the Court cannot exceed 15 pages without leave. *See* L.R. 5005-3(D). The City of Chicago (the "*City*") seeks leave through this motion for file a motion to dismiss the adversary complaint against it in the above captioned case. The City has attached its proposed motion to dismiss to this motion as

4

**Exhibit A**.

The plaintiffs in this case seek 5 million dollars in punitive damages from the City for purported stay violations, as well as actual damages. The City asserts that as a matter of law the punitive damages count must be dismissed because the Bankruptcy Code expressly prohibits punitive damages against a governmental unit like the City. *See* 11 U.S.C. § 106(a)(3). It also asserts that as a matter of law it has not violated the stay in the first place because it has two exception to the stay under §§ 362(b)(3) and (b)(4). Finally, the City believes that if this Court holds that the stay requires it to turnover its lawful possession of a vehicle immediately upon filing of a case then the City's procedural due process rights have been violated under the Fifth Amendment of the U.S. Constitution. Each one of the City's reasons to dismiss the complaint could easily fill an entire brief. Due to this complexity, and the need to file a single brief, extra pages are warranted.

In order to provide this Court with a full legal analysis, the City seeks leave to file its attached motion to dismiss.

DATED: MAY 16, 2019                                RESPECTFULLY SUBMITTED,

                                                                         **THE CITY OF CHICAGO**

                                                                         Edward N. Siskel
                                                                         Corporation Counsel

                                                                         By: /s/ David Paul Holtkamp
                                                                         A.C.C. Supervisor

David Paul Holtkamp (6298815)
Assistant Corporation Counsel Supervisor
**CITY OF CHICAGO,**
**DEPARTMENT OF LAW**
Bankruptcy Unit
Chicago City Hall
121 N LaSalle St., Ste. 400
Chicago, IL 60602
Tel: (312) 744-6967
David.Holtkamp2@cityofchicago.org