# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**EMELIDA CORDOVA**,<br><br>DEBTOR. | CASE NO. 19-BK-6255<br>CHAPTER 13 |
| **EMELIDA CORDOVA**, *ET AL.*,<br><br>PLAINTIFFS,<br><br>V.<br><br>**CITY OF CHICAGO**, AN ILLINOIS MUNICIPAL CORPORATION<br><br>DEFENDANT. | ADV. PRO. NO. 19-AP-684<br><br>HON. TIMOTHY A. BARNES<br><br>HEARING DATE: August 8, 2019<br>HEARING TIME: 9:30 A.M. |

## NOTICE OF UNOPPOSED MOTION

      PLEASE TAKE NOTICE that on August 8, 2019, at 9:30 a.m., at the opening of court or as soon thereafter as counsel may be heard, I will appear before the Honorable Timothy A. Barnes in Room 744, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the United States' Unopposed Motion to Further Extend Time to Intervene on Constitutional Question and to Amend Scheduling Order Establishing Related Deadlines [Dkt. 24], a copy of which is attached.

Dated: July 30, 2019 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　JOHN R. LAUSCH, Jr.
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　DAVID H. DeCELLES
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　(312) 353-4220
　　　　　　　　　　　　　　　　　　　david.decelles@usdoj.gov


　　　　　　　　　　　　　　　　　　　/s/Andrea Horowitz Handel
　　　　　　　　　　　　　　　　　　　RUTH A. HARVEY
　　　　　　　　　　　　　　　　　　　MARGARET M. NEWELL
　　　　　　　　　　　　　　　　　　　ANDREA HOROWITZ HANDEL
　　　　　　　　　　　　　　　　　　　Civil Division, Commercial Litigation Branch
　　　　　　　　　　　　　　　　　　　U. S. Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Commercial Litigation Branch
　　　　　　　　　　　　　　　　　　　P. O. Box 875
　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　Tel: (202) 307-0358
　　　　　　　　　　　　　　　　　　　Fax: (202) 514-9163
　　　　　　　　　　　　　　　　　　　andrea.handel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>**EMELIDA CORDOVA**,<br><br>DEBTOR. | CASE NO. 19-BK-6255<br>CHAPTER 13 |
| **EMELIDA CORDOVA**, *ET AL.*,<br><br>PLAINTIFFS,<br><br>V.<br><br>**CITY OF CHICAGO**, AN ILLINOIS MUNICIPAL CORPORATION<br><br>DEFENDANT. | ADV. PRO. NO. 19-AP-684<br><br>HON. TIMOTHY A. BARNES<br><br>HEARING DATE: August 8, 2019<br>HEARING TIME: 9:30 A.M. |

**UNITED STATES' UNOPPOSED MOTION TO FURTHER EXTEND TIME
TO INTERVENE ON CONSTITUTIONAL QUESTION AND TO AMEND
SCHEDULING ORDER ESTABLISHING RELATED DEADLINES [DKT. 24]**

Pursuant to 28 U.S.C. § 2403(a), Fed. R. Bankr. P. 9005.1 and Fed. R. Civ. P. 5.1(c), the United States hereby moves to further extend the time by which it may move to intervene on the question of the constitutionality of 11 U.S.C. § 362(a)(3) of the Bankruptcy Code and to amend the Scheduling Order entered by the Court on June 7, 2019 relating to briefing thereon and the scheduling of a hearing date.[1] In support of its motion, the United States submits as follows.

---

[1] At this time, the United States is appearing before this Court solely for purposes of filing this motion.

2

1. On May 6, 2019, the Debtor commenced an adversary proceeding against the City of Chicago seeking damages against the City of Chicago for alleged violations of the automatic stay. [Dkt. No. 1].

2. On May 16, 2019, the City of Chicago filed a Notice of Constitutional Challenge challenging the constitutionality of section 362(a)(3) [Dkt. No. 6], and on May 23, 2019, it filed a motion to dismiss the adversary proceeding pursuant to Fed. R. Civ. P. 12(b)(6). [Dkt. No. 11].

3. Section 2403 of Title 28 of the United States Code provides, in relevant part, that:

> In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene for presentation of evidence . . . and for argument on the question of constitutionality.

28 U.S.C. § 2403(a).

4. Unless the Court sets a later time, the United States may intervene within 60 days after the notice of constitutional question is filed or after the Court certifies the question, whichever is earlier. Fed. R. Civ. P. 5.1(c) (applicable to bankruptcy proceedings pursuant to Fed. R. Bankr. P. 9005.1). On June 5, 2019, the Curt granted the United States' Amended and Unopposed Motion to Extend the Time to Intervene from July 15, 2019 to August 12, 2019. [Dkt. No. 23].

5. On June 12, 2019, the Court issued a Scheduling Order, providing that if the United States intervenes in this adversary proceeding, the United States' shall have until August 29, 2019 to file a brief in response to the City's motion to dismiss, and the City shall have until September 5, 2019 to file its reply. [Dkt. No. 24]. Pursuant to the Scheduling Order, the hearing on the City's motion to dismiss is scheduled for September 12, 2019.

6.       Any decision on whether the United States will seek to intervene in this case for argument on the constitutionality of the provisions of the Bankruptcy Code must be made by the Solicitor General of the United States. 28 C.F.R. § 0.21.

7.       The undersigned counsel for the United States has reviewed the City of Chicago's constitutional challenge and has formulated a recommendation to the Solicitor General.

8.       The Solicitor General's Office will make the final decision on whether to intervene, and typically takes 30 to 60 days to review and act upon such a recommendation.

9.       The United States, therefore, respectfully requests that the Court further extend the time for which the United States may seek to intervene to address the constitutionality of the challenged provision to September 12, 2019.

10.      In light of the United States' request to extend the time to intervene, the United States also respectfully requests that the Court amend its Scheduling Order to grant corresponding extensions to the briefing schedule if the United States intervenes, and to continue the hearing on the City's motion to dismiss. If the United States intervenes in this adversary proceeding, the United States requests that the deadline for the United States to file its brief in response to the City's motion to dismiss be extended to September 12, 2019, and the City shall have until September 19, 2019 to file its reply brief.[2] The United States also respectfully requests that the Court continue the hearing on the City's motion to dismiss to September 26, 2019 at 11:00 am.

---

[2] As set forth in paragraph 5 of the Scheduling Order, the briefs shall be limited to the constitutional questions raised at pages 14 to 23 of the City's motion to dismiss - whether 11 U.S.C. § 362(a)(3), as interpreted by the Seventh Circuit in *Thompson v. General Motors Acceptance Corp.*, 566 F.3d 699 (7th Cir. 2009), comports with the Due Process Clause of the Fifth Amendment.

4

11. Undersigned counsel for the United States contacted the Debtor and the City of Chicago to obtain their consent to the extensions requested and to continue the hearing. Neither party opposes the relief sought herein.


Dated:  July 30, 2019                                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. LAUSCH, Jr.
United States Attorney

DAVID H. DeCELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov


/s/Andrea Horowitz Handel
RUTH A. HARVEY
MARGARET M. NEWELL
ANDREA HOROWITZ HANDEL
Civil Division, Commercial Litigation Branch
U. S. Department of Justice
Civil Division, Commercial Litigation Branch
P. O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875
T: (202) 307-0358
F: (202) 514-9163
andrea.handel@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2019, the Notice of Unopposed Motion and the Motion were electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all registered CM/ECF participants.

/s/Andrea Horowitz Handel
Andrea Horowitz Handel