# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter | 13 |
| Anthony Payne, | ) | | |
| | ) | Case No. | 19-10450 |
| | ) | | |
| Debtor(s) | ) | Judge | Donald R. Cassling |

## NOTICE OF MOTION

To: All parties listed on the attached Certificate of Service, via U.S. Mail, First Class

Tom Vaughn, Chapter 13 Trustee, via ECF

PLEASE TAKE NOTICE that on July 18, 2019 at 9:30 AM, or as soon thereafter as I may be heard, I will appear before the Honorable Donald R. Cassling, or such other judge as may be sitting instead, *219 South Dearborn, Courtroom 619, Chicago, IL 60604* and shall then and there present Debtor's Motion for EMERGENCY MOTION FOR ENTRY OF AN ORDERFOR DAMAGES, a copy of which is attached and hereby served upon you.

By:     /s/Richard G. Fonfrias
Debtor's attorney

Fonfrias Law Group, LLC
125 South Wacker Drive, Suite 300
Chicago, IL 60606
Richard Fonfrias, J.D. Managing Partner
P: 312-969-0730
F: 312-624-7954

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: Anthony Payne | CASE NO: 19-10450 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | Judge: Donald R. Cassling |
| | Hearing Location: 219 South Dearborn Street, Courtroom 619, Chicago, IL 60604 |
| | Hearing Date: July 11, 2019 |
| | Hearing Time: 9:30 AM |

On 6/27/2019, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Damages

Exhibit A

Exhibit B

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/27/2019

/s/ Richard Fonfrias
Richard Fonfrias  6237079
Fonfrias Law Group, LLC
125 South Wacker Dr, Suite 300
Chicago, IL  60606
312 696 0730

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: Anthony Payne | CASE NO: 19-10450 |
|---|---|
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>Judge: Donald R. Cassling<br>Hearing Location: 219 South Dearborn Street, Courtroom 619, Chicago, IL 60604<br>Hearing Date: July 11, 2019<br>Hearing Time: 9:30 AM |

On 6/27/2019, a copy of the following documents, described below,

Notice of Motion and Motion for Damages

Exhibit A

Exhibit B

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/27/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Fonfrias
Fonfrias Law Group, LLC
125 South Wacker Dr, Suite 300
Chicago, IL  60606

PARTIES DESIGNATED AS "ALL" WERE SERVED VIA FIRST CLASS MAIL, SEE ABOVE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

CITY OF CHICAGO DEPT. OF LAW C/O DAVID
PAUL HOLTKAMP
BANKRUPTCY UNIT
121 N LASALLE, STE 400
CHICAGO IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  ANTHONY PAYNE | CASE NO: 19-10450<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Donald R. Cassling<br>Hearing Date: July 11, 2019<br>Hearing Time: 9:30 AM |

On 6/26/2019, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Damages

Exhibit A

Exhibit B

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2019

/s/ Richard Fonfrias
Richard Fonfrias  6237079
Fonfrias Law Group, LLC
125 South Wacker Dr, Suite 300
Chicago, IL  60606
312 696 0730

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ANTHONY PAYNE | CASE NO: 19-10450 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13<br>Judge: Donald R. Cassling<br>Hearing Date: July 11, 2019<br>Hearing Time: 9:30 AM |

On 6/26/2019, a copy of the following documents, described below,

Notice of Motion and Motion for Damages

Exhibit A

Exhibit B

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Fonfrias
Fonfrias Law Group, LLC
125 South Wacker Dr, Suite 300
Chicago, IL  60606

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>07521<br>CASE 19-10450<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>WED JUN 26 06-48-07 CDT 2019 | ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK NJ 07601-4303 | EXCLUDE<br>US BANKRUPTCY COURT<br>EASTERN DIVISION<br>219 S DEARBORN<br>7TH FLOOR<br>CHICAGO IL 60604-1702 |
| AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | ARNOLD SCOTT HARRIS PC<br>111 W JACKSON BLVD STE 600<br>CHICAGO IL 60604-3517 | CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>121 N LASALLE ST 7TH FLOOR<br>CHICAGO IL 60602-1266 |
| CITY OF CHICAGO<br>CO ARNOLD SCOTT HARRIS PC<br>111 W JACKSON BLVD SUITE 600<br>CHICAGO IL 60604-3517 | CITY OF CHICAGO DEPARTMENT<br>OF ADMINISTRATIVE HEARING<br>CITY OF CHICAGO - DOAH CO ARNOLD SCOTT<br>111 W JACKSON STE 600<br>CHICAGO IL 60604-3517 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>CO ARNOLD SCOTT HARRIS PC<br>111 W JACKSON STE 600<br>CHICAGO IL 60604-3517 |
| GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 | GREAT AMERICAN FINANCE<br>ATTN BANKRUPTCY<br>20 N WACKER DR SUITE 2275<br>CHICAGO IL 60606-1294 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| ILLINOIS SECRETARY OF STATE<br>501 S SECOND ST RM 211<br>SPRINGFIELD IL 62756-0002 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JACQUELINE PAYNE<br>4519 S MICHIGAN AVE<br>1ST FLOOR<br>CHICAGO IL 60653-3863 |
| LABF   CHICAGO<br>321 NORTH CLARK ST<br>SUTIE 1300<br>CHICAGO IL 60654-4714 | LAKE TERRACE LLC<br>CO JAMES SEARS<br>940 W ADAMS SUITE 200<br>CHICAGO IL 60607-3751 | MARKOFF LAW LLC<br>29 N WACKER 1010<br>CHICAGO IL 60606-3203 |
| PLS FINANCIAL SOLUTIONS OF ILLINOIS<br>154 N WABASH<br>CHICAGO IL 60601-3606 | SADE PAYNE<br>4519 S MICHIAGN<br>CHICAGO IL 60653-3863 | T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| THE PAYDAY LOAN STORE<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | DEBTOR<br>ANTHONY PAYNE<br>4519 S MICHIGAN AVE<br>1ST FLOOR<br>CHICAGO IL 60653-3863 | PATRICK S LAYNG<br>OFFICE OF THE US TRUSTEE REGION 11<br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO IL 60604-2027 |
| RICHARD G FONFRIAS<br>FONFRIAS LAW GROUP LLC<br>125 SOUTH WACKER DRIVE<br>SUITE 300<br>CHICAGO IL 60606-4421 | TOM VAUGHN<br>55 E MONROE STREET SUITE 3850<br>CHICAGO IL 60603-5764 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Chapter | 13 |
| Anthony Payne, ) | | |
| ) | Case No. | 19-10450 |
| ) | | |
| Debtor(s) ) | Judge | Donald R. Cassling |

## MOTION FOR ENTRY OF AN ORDER FOR DAMAGES

NOW COMES, the Debtor ANTHONY PAYNE (hereinafter referred to as "DEBTOR"), by and through his attorney Fonfrias Law Group, LLC, and moves this Honorable Court for Entry of an Order for damages against the City of Chicago, pursuant to 11 U.S.C. §362(k), and in support thereof respectfully represent as follows:

### JURISDICTION AND VENUE

1. This is a motion for actual and punitive damages filed by the Debtors pursuant to 11 U.S.C. § 362 of the U.S. Bankruptcy Code, more commonly referred to as the "automatic stay."

2. Jurisdiction is confirmed on this Court pursuant to the provisions of §1334 of Title 28 of the United States Code and §157(b)(2) of Title 28 of the United States Code.

3. This matter is primarily a core proceeding and therefore the Bankruptcy Court has jurisdiction to enter a final order.

4. Venue lies in this District pursuant to §1391(b) of Title 28 of the United States Code.

### FACTS

5. Prior to April 10, 2019, the City of Chicago took possession of the Debtor's only vehicle, a 2016 Volkswagen Jetta.

6. On April 10, 2019, the Debtor filed a petition for bankruptcy protection under Chapter 13 of the United States Bankruptcy Code.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

7. At the time of initial filing, listed Debtor listed City of Chicago as a creditor (*see Exhibit A*).

8. On April 10, 2019, notice of the Debtor's instant filing was faxed to the City of Chicago (*see Exhibit B*).

9. On April 12, 2019, shortly after the filing of this instant case, the Debtor called the City of Chicago's Finance Department and provided notice that Debtor filed for protection under the United States Bankruptcy Code along with the case number for verification.

10. At this time, the debtor requested that the City of Chicago return the vehicle and his request was denied.

11. On April 24, 2019, the City of Chicago filed Proof of Claim #1 (*see Exhibit C*), confirming its knowledge of the Debtor's instant case.

12. At no time has the City of Chicago sought relief from the automatic stay.

13. From April 11, 2019 until June 22, the City of Chicago continued collection attempts directly from the debtor despite its knowledge of the debtor's Chapter 13 filing.

14. Per the Seventh Circuit, the City of Chicago may not use either § 362(b)(3) or (b)(4) as exception to the stay to allow it to maintain possession of an impounded vehicle after a chapter 13 case is filed. *In re Fulton*, case no. 18-2527, slip op. at 3 (7th Cir. June 19, 2019).

15. The City of Chicago's failure to release the Debtor's vehicle constitutes a demand for payment, and therefore, a violation of the automatic stay afforded to the Debtor pursuant to 11 U.S.C. §362(a)(6).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

## CLAIM FOR ORDER FOR DAMAGES FOR VIOLATION OF THE

## AUTOMATIC STAY

16. At no time has the City of Chicago sought relief from the automatic stay.

17. Despite knowledge that Debtor filed for protection under the United States Bankruptcy Code, the City of Chicago deliberately and willfully continued to seek payment of a debt directly from Debtors in violation of the automatic stay.

18. The Defendant's failure to release the Debtor's vehicle for over 2 months after the date of filing constitutes a demand for payment, and therefore, a violation of the automatic stay afforded to the Debtor pursuant to 11 U.S.C. §362(a)(6).

19. Debtor, having lost access to his vehicle has been significantly inconvenienced as a result of Defendant's violation of the automatic stay afforded to the Debtor pursuant to U.S.C. §362.

20. Pursuant to 11 U.S.C. § 362(k)(1), "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

21. The Bankruptcy Court for the Northern District of Illinois has found that punitive damages are appropriate to penalize creditors for willful violations of the automatic stay. In re Sumpter, 171 B.R. 835, 845 (Bkrtcy. N.D.ILL.1994).

22. Debtor seeks actual, compensatory and punitive damages plus attorney fees and any costs associated with this action awarded by this Court pursuant to 11 U.S.C. § 105.

WHEREFORE, the Debtor, ANTHONY PAYNE, having set forth his claim for relief against the Defendant the City of Chicago, pray this Honorable Court:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

A. Award Debtor a sum of $7,500 in the form of actual, compensatory and punitive damages, and sanctions against the Defendant for its continued violation of 11 U.S.C. §362;

B. Award attorney fees and costs of $7,500 to be paid by the City of Chicago.

C. Any other and further relief as this Court deems fair and just.

 

                        Respectfully submitted,
                        ANTHONY PAYNE

               By:    /s/Richard G. Fonfrias
                        Debtors' attorney

Fonfrias Law Group, LLC
125 South Wacker Drive
Suite 300
Chicago, IL 60606
Richard Fonfrias, J.D. Managing Partner
F: 312-624-7954