# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

Thomas G. Bruton, Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Date: 9/23/2019

**Adversary** Case Number: 19 A 684

Case Name: Cordova et al v. City of Chicago, Illinois

Bankruptcy Judge: Timothy A. Barnes

District Court Number: 19 cv 6321

District Court Judge: Ronald A. Guzman

To Whom It May Concern:

Pursuant to Rule 5011 of the Federal Rules of Bankruptcy Procedure, transmitted herewith is the Motion for Withdrawal of Reference.

Filed By:  David Paul Holtkamp on behalf of City of Chicago, Illinois

Previous District Court Judge (when applicable):

Previous Civil Case Number (when applicable):

JEFFREY P. ALLSTEADT, CLERK

By:
Deputy Clerk - Melissa Ross

cc:   Bankruptcy Judge & Party Who Filed Motion for Withdrawal of Reference

Revised 01/2012lh