# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| **EMELIDA CORDOVA,** *ET AL.*, <br><br> PLAINTIFFS, <br><br> V. <br><br> **CITY OF CHICAGO**, <br><br> DEFENDANT. | CASE NO. 19-AP-00684 <br> EASTERN DIVISION |

## NOTICE OF ATTORNEY SUBSTITUTION

**PLEASE TAKE NOTICE**, that pursuant to Local Rule 2091-1, David Paul Holtkamp and Charles A. King, both of the same firm (the City of Chicago, Department of Law) hereby agree, as does the City, to substitute the appearance of David Paul Holtkamp with the appearance of Charles A. King, and withdraw the appearance of David Paul Holtkamp for the City of Chicago in the above case as follows:

| **Appearance to be Withdrawn:** | **Appearance to be Substituted:** |
|---|---|
| David Paul Holtkamp | Charles A. King |
| City of Chicago, Law Dept. | City of Chicago, Law Dept. |
| 121 N. LaSalle St., Ste. 400 | 121 N. LaSalle St., Ste. 400 |
| Chicago, IL 60602 | Chicago, IL 60602 |

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ David Paul Holtkamp | /s/ Charles A. King |
| David Paul Holtkamp | Charles A. King |