**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In: ) | |
| Emelida Cordova, ) | |
| ) | |
| Debtor, ) | Case Number 19-06255 |
| Emelida Cordova, et al., ) | Adv. Case No. 19-AP-684 |
| Plaintiffs, ) | Chapter 13 |
| v. ) | |
| ) | |
| City of Chicago, ) | Judge Timothy A Barnes |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF MOTION

To:   Charles A. King, Assistant Corporation Counsel, City of Chicago, Department of Law, Bankruptcy Unit, 121 N. LaSalle St., Ste. 400, Chicago, Illinois 60602, Attorney for City of Chicago served via electronic court notification.

Andrea Handel on behalf of Interested Party United States of America
Andrea.handel@usdoj.gov, served via electronic court notification

PLEASE TAKE NOTICE that on August 6, 2020 at 2:00 pm, or as soon thereafter as counsel may be heard, I will appear before the Honorable Timothy A Barnes, or any judge sitting in his/her stead, and present the Debtor's Second Motion For Leave To File Seventh Amended Complaint, a copy of which is appended hereto.

   This Motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the Motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

   If you object to this Motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing..

/s/ Ross Briggs
Attorney for Debtor

1525 East 53rd Street, suite 423
Chicago IL 60615
773-220-7007

## CERTIFICATE OF SERVICE:

By my signature below it is certified that on this 5th day of July, 2020 this Notice along with the attached motion was served via the court's electronic noticing system for registrants on those designated to receive such service as provided on the attached service list.

/s/  Ross Briggs

Registrants (Via CM/ECF)          Service List

Andrea Handel on behalf of Interested Party United States of America
Andrea.handel@usdoj.gov

Charles A. King, Attorney for City of Chicago  60602
Chuck.king@cityofchicago.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In: ) | |
| Emelida Cordova, ) | |
| ) | |
| Debtor, ) | Case Number 19-06255 |
| Emelida Cordova, et al., ) | Adv. Case No. 19-AP-684 |
| Plaintiffs, ) | Chapter 13 |
| v. ) | |
| ) | |
| City of Chicago, ) | Judge Timothy A Barnes |
| Defendant ) | |

## SECOND MOTION FOR LEAVE TO FILE SEVENTH AMENDED ADVERSARY COMPLAINT

Comes Now Plaintiffs, by and through counsel, and move this Court pursuant Rules 15 and 20, Fed. R. Civ. P. and Rules 7015 and 7020 Federal Rules of Bankruptcy Procedure, for leave to file Plaintiffs' Seventh Amended Complaint, filed in this cause simultaneously with this Motion. In Support of this Motion, Plaintiffs state:

1. Plaintiffs' Seventh Amended Adversary Complaint seeks to join August Lenora Brown and Maricela Barrera as plaintiffs in this cause. These individuals have previously filed Chapter 13 bankruptcies in this Court and seek damages from Defendant City of Chicago for its withholding of an impounded vehicle from each plaintiff in violation of the automatic stay.

2. The above proposed Plaintiffs are properly joined in this action pursuant to Rule 20, Fed. R. Civ. P., and Rule 7020, Federal Rules of Bankruptcy Procedure, inasmuch as he

asserts a right to relief with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences as set forth in the original Adversary Complaint and Plaintiffs' actions share common questions of law and fact .

3. Defendant will not be prejudiced by the granting of this motion inasmuch as discovery has not commenced in this case and there is no trial setting.

4.  Plaintiffs filed their original motion for leave to file their Seventh Amended Complaint on January 27, 2020 which was denied without prejudice on June 25, 2020 for failure to prosecute.  Undersigned did not appear to prosecute this motion on June 25 because he had misread an earlier Order continuing hearing on the motion as continued the *date* of hearing when it only continued the *time* of hearing; undersigned was mistakenly awaiting a new hearing date from the Court.  Undersigned apologizes to the Court and parties for any inconvenience that such oversight might have caused.

WHEREFORE, Plaintiffs herein, pray this Honorable Court enter an order permitting filing of the Seventh Amended Adversary Complaint.

Respectfully Submitted,

/s/ Ross Briggs
Attorney for Plaintiffs
1525 East 53rd Street, suite 423
Chicago IL 60615
773-220-7007